UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        CASE NO. 09cr20047

DWANA MARTIN                                                DEFENDANT

## O R D E R

Currently before the Court is a *pro se* motion by Defendant for early termination of her term of supervised release (doc. 15). The Government did not file a response. The U.S. Probation Office confirmed that she has been compliant with the terms of her supervised release and fully paid her restitution.

The Court finds that the conduct of the Defendant and the interests of justice warrant GRANTING the motion. *See* 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's motion (doc. 15) is GRANTED, and her term of supervised release is hereby terminated.

IT IS SO ORDERED this 11th day of July, 2012.

    /s/ Robert T. Dawson
    HONORABLE ROBERT T. DAWSON
    UNITED STATES DISTRICT JUDGE